Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event.

---

HAROLD D. WATSON, Appellant, *v.* FRANKLIN P. DURYEA, Respondent.

Second Department, June 4, 1909.

Court — Municipal Court — practice — demurrer — appeal.

The entry of an interlocutory judgment on demurrer in a Municipal Court is not authorized.

An appeal does not lie from an order of the Municipal Court sustaining a demurrer to a complaint.

APPEAL by the plaintiff, Harold D. Watson, from an interlocutory judgment of the Municipal Court of the city of New York, borough of Brooklyn, in favor of the defendant, sustaining defendant's demurrer to the complaint on the ground that it did not state facts sufficient to constitute a cause of action.

*Robert W. Kristeller*, for the appellant.

*Edward A. Alexander* and *Jerome H. Buck*, for the respondent.

BURR, J. :

This appeal should be dismissed. The Municipal Court Act does not seem in express words to authorize the entry of an interlocutory judgment upon demurrer. (*Great Northern Moulding Co.* v. *Bonewur, No. 1*, 128 App. Div. 101.) In this case no interlocutory judgment was entered, as appears from the return. An appeal from the order will not lie. (*Fink* v. *Standard Bread Co.*, 110 N. Y. Supp. 205 ; *Smith* v. *Ely*, 46 Misc. Rep. 458 ; *Binder* v. *Robinson*, 59 id. 155.)

The appeal must be dismissed, with costs.

WOODWARD, JENKS, GAYNOR and MILLER, JJ., concurred.

Appeal dismissed, with costs.